IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ELTON LEE BAKER, SR.,

       Petitioner,

v.                                                                                  Case No.  5D17-4116

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed February 9, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Elton Lee Baker, Sr., Lowell, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and, Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 21, 2017 order denying Petitioner's petition for writ of habeas corpus, filed pursuant to Florida Rule of Criminal Procedure 3.850(m), in Case No. 2017-CA-69 in the Circuit Court in and for Sumter County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

COHEN, C.J., BERGER and LAMBERT, JJ., concur.